UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MY NEMESIS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SENNHEISER ELECTRONIC CORPORATION,<br><br>　　　　　Defendant. | Case No. 17-cv-01928-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 12 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: July 7, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　United States District Judge